COMMONWEALTH *vs.* MICHAEL WINTON.

The defendant in a criminal complaint was sentenced by a police court on his plea of guilty, and appealed to the superior court, where he requested leave to withdraw that plea, and claimed a trial by jury; but he gave no reason and offered no evidence in support of the request, and the judge refused it and adjudged him guilty. *Held*, that he had no ground of exception.

COMPLAINT to the municipal court of the city of Boston, for an assault and battery. The defendant pleaded guilty, and was sentenced to imprisonment in the house of correction at hard labor for one month, from which sentence he appealed.

In the superior court, after a jury had been empanelled for the trial of the defendant, *Pitman*, J., upon inspection of the copy of the record certified from the municipal court, ruled that there was no issue for a jury, and withdrew the case from them, against the defendant's objection. The defendant then requested permission to withdraw his plea of guilty, but stated no reason and offered no evidence in support of the request; and the judge refused to permit him to withdraw the plea, and adjudged him guilty thereon, and he alleged exceptions.

*G. Sennott*, for the defendant.

*C. Allen*, Attorney General, for the Commonwealth.

BY THE COURT. The ruling was correct.

*Exceptions overruled.*